USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

OINOUSSIAN ENTERPRISES INC.,

                Plaintiff,

       - v -

PIANURA ARMATORIA SPA,

                Defendant.

------------------------------------X

**ORDER**

09 Civ. 719 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** the complaint in this action was filed on January 26, 2009; and

    **WHEREAS** Process of Maritime Attachment and Garnishment was issued against, inter alia, funds and property belonging to, due or being transferred to, from or for the benefit of defendant in the amount of $3,401,455.14 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure on January 28, 2009; and

    **WHEREAS** plaintiff notified the Court through letter and attorney affidavit on March 26, 2009 that $336,600 has been attached; it is hereby

    **ORDERED** that plaintiff shall within thirty (30) days of this Order inform the Court in writing whether it has arranged with defendant and/or any third party to establish a separate

escrow account into which to transfer funds in the amount of the attached assets, or to pay such funds into the Registry of the Court; and it is further

**ORDERED** that if such an arrangement can be reached, then this case will be dismissed without prejudice, and, upon request by plaintiff, the case will be reopened for the purpose of any necessary proceeding to enforce any judgment or arbitration award rendered in connection with a resolution on the merits of the dispute that is the subject of this action.

Dated:   New York, New York
         April 15, 2009

                                        _____
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

**Attorney for Plaintiff**
Thomas H. Belknap, Jr., Esq.
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174-0208